Argued and submitted August 29, conviction affirmed; remanded for resentencing
October 10, 2001

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD SCOTT CALVO,
*Appellant.*

98C51582; A107584

33 P3d 729

Monica L. Finch, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, Public Defender.

Kaye E. McDonald, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Brewer, Judge, and Warren, Senior Judge.

PER CURIAM

Conviction affirmed; remanded for resentencing. *State v. Umtuch*, 144 Or App 366, 927 P2d 142 (1996), *rev den* 324 Or 654 (1997).